STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Michael Benny Miller
Miller & Associates
P. O. Drawer 1630
Crowley LA 70527-1630

**REHEARING ACTION: September 24, 2014**

**Docket Number: 14   00144-WCA**

**CLAIRE SOILEAU**
**VERSUS**
**TMC FOODS, INC.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 07-02913**

<u>**BEFORE JUDGES**</u>:

   Hon. John D. Saunders
   Hon. Jimmie C. Peters
   Hon. Marc T. Amy
   Hon. Elizabeth A. Pickett
   Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Claire Soileau** has this day been

   **DENIED.**

cc: Shawn Collins LeBlanc, Counsel for the Appellee